UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Luis Pena,

                     Plaintiff,                                  **ORDER**

      -against-                                16-cv-5056 (KMK) (AEK)

Blue Beverage Group,

                     Defendant.
----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In October 2020, this order of reference for general pretrial supervision was reassigned to the undersigned.

      On April 25, 2019, Defendant notified the Court that it had filed for bankruptcy. ECF No. 78. As a result, the Court stayed this action pending the resolution of the bankruptcy proceeding. ECF No. 80. Since then, the Court has not received any communications from Defendant.

      Accordingly, Defendant is hereby ordered to provide the Court with an update regarding the status of the bankruptcy proceeding by no later than **August 24, 2021**.

Dated: August 10, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              Andrew E. Krause
                                              United States Magistrate Judge